Date signed June 01, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

|  |  |  |
|---|---|---|
| IN RE: | : |  |
|  | : |  |
| GAYLE PROPERTY VENTURES, LLC | : | Case No. 10-37533PM |
|  | : | Chapter 11 |
| Debtor | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |  |

## MEMORANDUM OF DECISION

This case came before the court on the Debtor's Motion to Dismiss. At issue was the relief sought by the secured lender, Eastern Savings Bank, FSB, for the imposition of an equitable servitude barring the filing of another bankruptcy petition that would affect the subject property located on Baltimore Avenue in Bladensburg, Maryland, prior to the ratification of the foreclosure sale that was set the day following the hearing on May 31, 2011.

The relief sought is akin to that provided as a part of a motion for relief from the automatic stay in 11 U.S.C. § 362(d)(4) if the court finds that the bankruptcy filing was part of a scheme to delay, hinder and defraud creditors by multiple bankruptcy filings. However, no such relief was sought by Eastern Savings Bank in the Amended Motion for Relief from Stay that it filed April 1, 2011. Similarly, the 180-day bar to refiling a case under 11 U.S.C. § 109(g)(2) following Debtor's motion to dismiss a case following the filing of a request for relief from the automatic stay has no application to this case as that section is limited to filings by individuals. While a massive history of abuse of the bankruptcy process (far greater than in the present case) led the court to enter an *in rem* order in *In re Golden State Capital Corp.*, 317 B.R. 144, 149 (BC E.D. Calif. 2004), that case is doubtful authority. *See, In re Johnson*, B.R. 190, 195 (BAP9 2006).

Debtor cannot undo Eastern Savings Bank's foreclosure. While Debtor can seek relief in state court, its options are limited. *See, In re Denny*, 242 B.R. 593 (BC Md. 1999); *In re De Souza*, 135 B.R. 793 (BC Md. 1991). Additionally, Eastern Savings Bank is protected by Fed. Rule of Bankruptcy Proc. 9011(c), as any attorney filing another petition on behalf of Debtor would be subject to the sanctions therein. For an attorney to escape sanctions for a fourth filing on behalf of this Debtor, there would have to be a massive change in circumstances, and that does not appear likely in the circumstances.

An appropriate order will be entered.

cc:
John D. Burns, Esq., 6303 Ivy Lane, Suite 102, Greenbelt, MD 20770
Robert H. Rosenbaum, Esq., 6801 Kenilworth Avenue, Suite 400, Riverdale, MD 20737
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

**End of Memorandum**